# CASES

## FOURTH DISTRICT

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1917.

---

Jane Darrow, Appellee, v. Edgar C. Darrow, Appellant.

### (Not to be reported in full.)

Appeal from the City Court of East St. Louis; the Hon. H. L. BROWNING, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded. Opinion filed October 24, 1917.

### Statement of the Case.

Bill for separate maintenance by Jane Darrow, complainant, against Edgar C. Darrow, defendant. From a decree in favor of plaintiff, defendant appeals.

DAN McGLYNN, for appellant.

SILAS COOK, for appellee.

MR. PRESIDING JUSTICE McBRIDE delivered the opinion of the court.

(513)

## Abstract of the Decision.

APPEAL AND ERROR, § 1395*—*when finding is against weight of evidence.* A finding of a chancellor is against the manifest weight of the evidence where it is based upon the testimony of one party alone, which is unreasonable in itself, and is contrary to that of the other party, which is corroborated by at least two witnesses.